UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED

U.S. DISTRICT COURT

| | |
|---|---|
| MARGO MCMAHON,<br>Plaintiff | C.A. # |
| v. | 04-30141-KPN |
| NORTHWEST AIRLINES,<br>Defendant | COMPLAINT<br>AND REQUEST FOR JURY TRIAL |

FILING FEE PAID:
RECEIPT # 305685
AMOUNT $ 150.00
BY DPTY CLK MEL
DATE 8/4/04

## PARTIES

1. Plaintiff, Margo McMahon, is a natural person with a residence located at 34 Pomeroy Lane, Apt. No. 24, Amherst, Massachusetts 01002.

2. Defendant, Northwest Airlines, is a Minnesota corporation with a principal place of business at Department A4060, 2700 Lone Oak Parkway, Eagan, Minnesota 55121.

### JURISDICTION AND VENUE

3. Jurisdiction in this case is based upon diversity of citizenship Title 28 USC Sec. 1332. The amount in controversy exceeds $75,000.00. Venue in this Western Section of this is proper as the Plaintiff resides in Hampshire County, Massachusetts and the Defendant is a corporation subject to personal jurisdiction in this District.

## COUNT ONE

4. On or about August 9, 2003, the Plaintiff was in the Minneapolis, St. Paul Airport preparing to embark on a Northwest Airlines flight to Hartford, Connecticut. As she was summoned to a Northwest Airlines Ticket Counter, the front wheels of her wheelchair dropped into a gap in a mat covering on the floor. This abruptly stopped her wheelchair's forward momentum and catapulted her from her wheelchair.

5. As a direct and proximate cause of Northwest Airlines negligent, careless and reckless maintenance of approach paths to its ticket counter, Margo McMahon was caused to suffer severe bodily injury, prevented from transacting her usual business for a long period of time, suffered great pain of both body and mind, and incurred great expense for medical attention and hospitalization.

WHEREFORE, Plaintiff, Margo McMahon, demands judgment against the Defendant, Northwest Airlines, in the amount of Ten Million Dollars, together with interest and costs.

## JURY DEMAND

Pursuant to Fed. R. Civ. P. 38(b) and Amendment XII of the U.S. Constitution, Plaintiff demands a trial by jury on all claims.

                                        MARGO MCMAHON
                                        By her attorneys:

Dated August 4, 2004

                                        Donald J. Allison, Esquire
                                        Allison, Angier & Bartmon, LLP
                                        69 South Pleasant Street, Suite 201
                                        Amherst, MA 01002
                                        413-256-0201
                                        BBO# 015880

                                        David A. Angier, Esquire
                                        Allison, Angier & Bartmon, LLP
                                        69 South Pleasant Street, Suite 201
                                        Amherst, MA  01002
                                        413 256-0201
                                        BBO#019500