UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARGO MCMAHON )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NORTHWEST AIRLINES )<br>)<br>Defendant. )<br>) | C.A. NO.: 04-30141-KPN |

### NOTICE OF APPEARANCE

Please enter the appearance of Kathleen M. Guilfoyle of Campbell Campbell Edwards & Conroy, P.C. as counsel for the defendant Northwest Airlines, Inc.

        NORTHWEST AIRLINES, INC.
        By its attorneys,

        CAMPBELL CAMPBELL EDWARDS &
        CONROY, PROFESSIONAL CORPORATION,

        /s/ Kathleen M. Guilfoyle
        Richard P. Campbell (BBO# 071600)
        Kathleen M. Guilfoyle (BBO# 546512)
        One Constitution Plaza
        Boston, MA 02129
        (617) 241-3000

Dated: December 21, 2004

## CERTIFICATE OF SERVICE

      I hereby certify that on December 21, 2004, a true copy of the above document was sent by first class mail, postage prepaid, to the following counsel of record:

Donald J. Allison, Esq.
David A. Angier, Esq.
Allison, Angier & Bartmon, LLP
69 South Pleasant Street, Suite 201
Amherst, MA  01002

                                              /s/ Kathleen M. Guilfoyle
                                              Kathleen M. Guilfoyle