UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARGO MCMAHON ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NORTHWEST AIRLINES ) <br> ) <br> Defendant. ) <br> ) | C.A. NO.: 04-30141-KPN |

### ASSENTED-TO MOTION TO EXTEND TIME TO ANSWER COMPLAINT

Defendant Northwest Airlines, Inc. ("Northwest") hereby moves, with the assent of the plaintiff, to extend the deadline by which Northwest must answer or otherwise respond to the Complaint to February 18, 2005.

ASSENTED TO:

| MARGO MCMAHON, | NORTHWEST AIRLINES, INC. |
|---|---|
| By her attorneys, <br> ALLISON, ANGIER & BARTMON, LLP | By its attorneys, <br> CAMPBELL CAMPBELL EDWARDS & CONROY, P.C., |
| /s/ David A. Angier * <br> Donald J. Allison, BBO# 015880 <br> David A. Angier, BBO# 019500 <br> 69 South Pleasant Street, Suite 201 <br> Amherst, MA 01002 <br> (413) 256-0201 | /s/ Kathleen M. Guilfoyle <br> Richard P. Campbell, BBO# 071600 <br> Kathleen M. Guilfoyle, BBO# 546512 <br> One Constitution Plaza <br> Boston, MA 02129 <br> (617) 241-3000 |

* per faxed assent of David A. Angier 12/21/04
Dated: December 21, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2004, a true copy of the above document was sent by first class mail, postage prepaid, to the following counsel of record:

Donald J. Allison, Esq.
David A. Angier, Esq.
Allison, Angier & Bartmon, LLP
69 South Pleasant Street, Suite 201
Amherst, MA  01002

/s/ Kathleen M. Guilfoyle
Kathleen M. Guilfoyle