UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARGO MCMAHON )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NORTHWEST AIRLINES )<br>)<br>Defendant. )<br>) | C.A. NO.: 04-30141-KPN |

**CORPORATE DISCLOSURE STATEMENT**
**PURSUANT TO LOCAL RULE 7.3(A)**

Pursuant to Local Rule 7.3(A) of the Local Rules of the United States District Court for the District of Massachusetts, defendant Northwest Airlines, Inc. ("Northwest") states that it is a privately held corporation, and it identifies Northwest Airlines Corp., NWA, Inc., and Northwest Airlines Holdings Corp. as its parent corporations. Northwest Airlines Corp. is publicly traded, and ten percent or more of the common stock of Northwest Airlines Corp. is owned by Wellington Management Company, LLP. There are no other publicly held corporations or entities that have a direct financial interest in the above-captioned litigation with regard to Northwest Airlines, Inc.

                NORTHWEST AIRLINES, INC.
                By its attorneys,
                CAMPBELL CAMPBELL EDWARDS &
                CONROY, PROFESSIONAL CORPORATION,

                /s/ Kathleen M. Guilfoyle
                Richard P. Campbell (BBO# 071600)
                Kathleen M. Guilfoyle (BBO# 546512)
                One Constitution Plaza
                Boston, MA 02129
                (617) 241-3000

Dated: December 21, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2004, a true copy of the above document was sent by first class mail, postage prepaid, to the following counsel of record:

Donald J. Allison, Esq.
David A. Angier, Esq.
Allison, Angier & Bartmon, LLP
69 South Pleasant Street, Suite 201
Amherst, MA  01002

/s/ Kathleen M. Guilfoyle
Kathleen M. Guilfoyle

2