UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MARGO MCMAHON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NORTHWEST AIRLINES | ) | C.A. NO.:  04-30141-KPN |
| | ) | |
| Defendant. | ) | |

### NOTICE OF APPEARANCE

Please enter the appearance of Richard P. Campbell of Campbell Campbell

Edwards & Conroy, P.C. as counsel for the defendant Northwest Airlines, Inc.

NORTHWEST AIRLINES, INC.
By its attorneys,

CAMPBELL CAMPBELL EDWARDS &
CONROY, PROFESSIONAL CORPORATION,


/s/ Richard P. Campbell
Richard P. Campbell (BBO# 071600)
Kathleen M. Guilfoyle (BBO# 546512)
One Constitution Plaza
Boston, MA 02129
(617) 241-3000


Dated:  December 21, 2004

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 21, 2004, a true copy of the above document was sent by first class mail, postage prepaid, to the following counsel of record:

Donald J. Allison, Esq.
David A. Angier, Esq.
Allison, Angier & Bartmon, LLP
69 South Pleasant Street, Suite 201
Amherst, MA  01002


/s/ Kathleen M. Guilfoyle
Kathleen M. Guilfoyle