UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARGO MCMAHON <br><br> Plaintiff, <br><br> v. <br><br> NORTHWEST AIRLINES <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) )    C.A. NO.: 04-30141-KPN |

## ASSENTED-TO MOTION TO EXTEND TIME TO ANSWER COMPLAINT

Defendant Northwest Airlines, Inc. ("Northwest") hereby moves, with the assent of the plaintiff, to extend the deadline by which Northwest must answer or otherwise respond to the Complaint to March 21, 2005. As grounds for this motion, Northwest states that it has requested indemnity from a third-party and it expects to receive a response in early March

ASSENTED TO:

| | |
|---|---|
| MARGO MCMAHON, | NORTHWEST AIRLINES, INC. |
| By her attorneys, <br> ALLISON, ANGIER & BARTMON, LLP | By its attorneys, <br> CAMPBELL CAMPBELL EDWARDS & CONROY, P.C., |
| /s/ David A. Angier * <br> Donald J. Allison, BBO# 015880 <br> David A. Angier, BBO# 019500 <br> 69 South Pleasant Street, Suite 201 <br> Amherst, MA 01002 <br> (413) 256-0201 | /s/ Kathleen M. Guilfoyle <br> Richard P. Campbell, BBO# 071600 <br> Kathleen M. Guilfoyle, BBO# 546512 <br> One Constitution Plaza <br> Boston, MA 02129 <br> (617) 241-3000 |

* per telephone assent of David A. Angier 2/15/05

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2005, a true copy of the above document was sent by first class mail, postage prepaid, to the following counsel of record:

Donald J. Allison, Esq.
David A. Angier, Esq.
Allison, Angier & Bartmon, LLP
69 South Pleasant Street, Suite 201
Amherst, MA  01002

/s/ Kathleen M. Guilfoyle
Kathleen M. Guilfoyle