AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

MARGO MCMAHON,
PLAINTIFF

V.

NORTHWEST AIRLINES,
DEFENDANT

SUMMONS IN A CIVIL CASE

CASE NUMBER:

# 04-30141-KPN

TO: (Name and address of Defendant)

Northwest Airlines
Department A4060
2700 Lone Oak Parkway
Eagan, Minnesota 55121

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David A. Angier, Esquire
Allison, Angier & Bartmon, LLP
69 South Pleasant Street
Amherst, MA 01002

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    8/4/04
CLERK                                           DATE

_____
(By) DEPUTY CLERK



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

November 30, 2004

I hereby certify and return that on 11/29/2004 at 10:55AM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to C.Bonney,PRocess Clerk & agent in charge of CT Corp & agent in charge at time of service, for Northwest Airlines, at , 101 Federal Street, C/O CT Corporation Systems Boston, MA 02108. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff    John Cotter

_Deputy Sheriff_

Deputy Sheriff    John Cotter