UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARGO MCMAHON )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NORTHWEST AIRLINES )<br>)<br>Defendant. )<br>) | C.A. NO.: 04-30141-KPN |

**JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)**

Margo McMahon (the "plaintiff") and Northwest Airlines, Inc. ("Northwest") (collectively referred to as "the parties"), submit the following Joint Statement pursuant to Local Rule 16.1(D).

I.  AGREED-UPON DISCOVERY PLAN

The parties agree on the following proposed discovery plan:

1. The parties will serve their Fed. R. Civ. P. 26(a)(1) disclosure on or before September 1, 2005.

2. Non-expert discovery to be concluded on or before March 1, 2006. The parties do not anticipate the need to exceed the ten-per-side deposition limit set forth in Local Rule 26.1(c). If the need arises after discovery is commenced, the parties reserve the right to seek the court's approval to exceed the ten-per-side limit.

3. Northwest has the right to conduct an IME of the plaintiff, at its expense, on or before April 3, 2006

4. Unless otherwise agreed to by the parties, all depositions of Northwest Airlines shall take place at the principal place of business of Northwest in Minnesota, and all depositions of Northwest employees shall take place where the employee works.

5. Plaintiff must provide the expert disclosure required pursuant to Fed. R. Civ. P. 26(a)(2) on or before May 1, 2006.

6. Plaintiff shall produce her proposed trial experts (including medical experts) for deposition on or before June 1, 2006. In accordance with Fed. R. Civ. P. 26(b)(4), expert witnesses should be produced without need for subpoena.

7. Northwest must provide the expert disclosure required pursuant to Fed. R. Civ. P. 26(a)(2) on or before July 3, 2006.

8. Northwest shall produce its proposed trial experts for deposition on or before August 3, 2006. In accordance with Fed. R. Civ. P. 26(b)(4), expert witnesses should be produced without need for subpoena.

9. With respect to expert depositions, the party noticing the deposition shall be responsible for paying the travel expenses and reasonable fees of the expert for time spent at the deposition pursuant to Fed. R. Civ. P. 26(b)(4). The parties shall be responsible for compensating their own experts for all preparation time.

II. PROPOSED SCHEDULE FOR THE FILING OF MOTIONS

1. All motions relating to joinder of parties, claims, and remedies and all motions to amend pleadings shall be filed on or before March 6, 2006.

2. All dispositive motions, including summary judgment motions pursuant to Fed. R. Civ. P. 56, shall be filed on or before August 3, 2006.

3. The parties anticipate being ready for trial in September, 2006.

III.   ADR AND TRIAL BY MAGISTRATE

The parties have been advised of alternative dispute resolution programs in accordance with Local Rule 16.1(D)(3). The parties will submit their Local Rule 16.1(D) certifications under separate cover.

| | |
|---|---|
| The Plaintiff,<br>MARGO MCMAHON, | The Defendant,<br>NORTHWEST AIRLINES, INC. |
| By her Attorneys,<br>ALLISON, ANGIER & BARTMON, LLP, | By its Attorneys,<br>CAMPBELL CAMPBELL EDWARDS & CONROY, PC, |
| /s/ David A. Angier *<br>Donald J. Allison, BBO# 015880<br>David A. Angier, BBO# 019500<br>69 South Pleasant Street, Suite 201<br>Amherst, MA  01002<br>(413) 256-0201 | /s/ Kathleen M. Guilfoyle<br>James M. Campbell (BBO# 541882)<br>Kathleen M. Guilfoyle (BBO# 546512)<br>One Constitution Plaza<br>Boston, MA 02129<br>(617) 241-3000 |

Dated: July 14, 2005

* per telephone assent of David A. Angier 7/14/05