UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARGO MCMAHON<br><br>      Plaintiff,<br><br>v.<br><br>NORTHWEST AIRLINES<br><br>      Defendant. | C.A. NO.: 04-30141-KPN |

### CERTIFICATE PURSUANT TO LOCAL RULE 16.1(D)

Defendant Northwest Airlines, Inc. ("Northwest") hereby certifies that its authorized representative has conferred with counsel for Northwest:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

NORTHWEST AIRLINES, INC.,
By its Attorneys,

Campbell Campbell Edwards & Conroy
Professional Corporation

_/s/ Kathleen M. Guilfoyle_       _/s/ Christa L. Silver_
Richard P. Campbell, BBO# 071600      NORTHWEST AIRLINES, INC.
Kathleen M. Guilfoyle, BBO# 546512      By: Christa L. Silver
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by hand on 7/13/05.

_/s/ Kathleen M. Guilfoyle_

TOTAL P.02