UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARGO MCMAHON,              )
       Plaintiff       )
                       )
v.                          )   Civil Action No.  04-30141-KPN
                       )
                       )
NORTHWEST AIRLINES,         )
       Defendant       )

SCHEDULING ORDER
July 19, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. Motions to add parties shall be filed by March 1, 2006.

2. All non-expert discovery shall be completed by March 1, 2006.

3. Counsel shall appear for a case management conference on March 6, 2006, at 10:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

    /s/ Kenneth P. Neiman
    KENNETH P. NEIMAN
    U.S. Magistrate Judge