UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARGO MCMAHON )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NORTHWEST AIRLINES )<br>)<br>Defendant. )<br>) | C.A. NO.: 04-30141-KPN |

**NOTICE OF BANKRUPTCY**

TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE BE ADVISED that on September 14, 2005, defendant Northwest Airlines filed a voluntary petition under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), captioned *In re Northwest Airlines Corporation, et al., Debtors*; jointly administered, Case No. 05-17930(ALG), in the United States Bankruptcy Court for the Southern District of New York.

PLEASE BE FURTHER ADVISED that the above-captioned action has been automatically stayed. Pursuant to section 362 of the Bankruptcy Code, the filing of the bankruptcy petition automatically stays, "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case

under [chapter 11], or to recover a claim against the debtor that arose before the commencement of the case under [chapter 11]." 11 U.S.C. § 362(a)(1).

DATED: September 20, 2005
Boston, Massachusetts

        NORTHWEST AIRLINES, INC.
        By its attorneys,

        CAMPBELL CAMPBELL EDWARDS & CONROY,
        PROFESSIONAL CORPORATION,

        /s/ Kathleen M. Guilfoyle
        Richard P. Campbell (BBO# 071600)
        Kathleen M. Guilfoyle (BBO# 546512)
        One Constitution Plaza
        Boston, MA 02129
        (617) 241-3000

## CERTIFICATE OF SERVICE

I, Kathleen M. Guilfoyle, hereby certify that on September 20, 2005, a true copy of the above Notice of Bankruptcy was sent via first-class mail, postage prepaid, to the following counsel of record:

Donald J. Allison, Esq.
David A. Angier, Esq.
Allison, Angier & Bartmon, LLP
69 South Pleasant Street, Suite 201
Amherst, MA  01002

/s/ Kathleen M. Guilfoyle
Kathleen M. Guilfoyle