UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**MARGO MCMAHON**
   **Plaintiff**

  V.

**NORTHWEST AIRLINES**
   **Defendant**

CIVIL ACTION

NO. 04-30141-MAP

## PROCEDURAL ORDER OF DISMISSAL

**PONSOR, D. J.**

 In order to avoid the necessity for counsel to appear at periodic status conferences, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice to either party moving to restore it to the docket if any further action is required upon completion and termination of all bankruptcy or arbitration proceedings.

**March 6, 2006**           **/s/ Michael A. Ponsor**
Date                United States District Judge

(Dismissal BK Arb.wpd - 12/98)                [odism.]